IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 3:16-CR-65 |
| | : | (JUDGE MARIANI) |
| EUPHREM KIOS DOHOU, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS** 31st **DAY OF AUGUST, 2018,** upon consideration of Defendant's Motion to Dismiss the Indictment (Doc. 50), for reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 50), is **DENIED.**

Robert D. Mariani
United States District Judge